IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Stephan Julian, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Dow |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| Sgt. Franklin D. Paz, Maurice | ) | Case No. 14-cv-07163 |
| Anderson, and the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## FIRST AMENDED COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. Section 1983.

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1343 and 1367.

3. Plaintiff Stephan Julian resides in the Northern District of Illinois.

4. Defendant Sgt. Frankin D. Paz is a police officer, with the rank of Sergeant, employed by the City of Chicago.

5. Defendant Maurice Anderson is a police officer employed by the City of Chicago.

6. Defendant City of City of Chicago is an Illinois municipal corporation.

7. Sgt. Paz and Officer Anderson are being sued in their individual capacities.

8. On October 25, 2013, Sgt. Paz and Officer Anderson seized plaintiff.

9. They had no legal cause for seizing plaintiff.

10. When they seized plaintiff, they were acting under color of state law.

11. As a result of defendants' actions, plaintiff was deprived of rights secured to him by the Fourth and Fourteenth Amendments to the Constitution of the United States.

12. On October 25, 2013, defendants charged plaintiff (or caused plaintiff to be charged) with obstructing service of process.

13. There was no probable cause for this charge.

14. On October 25, 2013, defendants charged plaintiff (or caused plaintiff to be charged) with resisting or obstructing a peace officer.

15. There was no probable cause for this charge.

16. On October 25, 2013, defendants charged plaintiff (or caused plaintiff to be charged) with obstructing identification.

17. There was no probable cause for this charge.

18. Defendants acted with malice when they brought these false charges against plaintiff.

19. These charges were terminated in plaintiff's favor on November 21, 2013.

20. Plaintiff was damaged by these false charges.

21. The City of Chicago is liable for the acts of defendants as their employer for state law torts, such as malicious prosecution, under *respondeat superior.*

22. Plaintiff also sues the City of Chicago as indemnifier of defendants (for every kind of award except punitive damages), pursuant to 745 ILCS 10/9-102.

23. Plaintiff demands trial by jury.

WHEREFORE plaintiff prays that a jury find defendants liable under federal and state law and award compensatory and punitive[1] damages; that this Court enter judgment in his favor; that this Court award plaintiff attorney's fees and costs; and that the City of Chicago be made to pay every part of the award except punitive damages.

BY: <u>Julie O. Herrera</u>
*Attorney for Plaintiff*

Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812
jherrera@julieherreralaw.com

<u>Julie B. Aimen</u>
*Attorney for Plaintiff*

Law Office of Julie B. Aimen
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812
julieba@msn.com

---

[1] (against individual defendants only)