**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| STEPHAN JULIAN, | |
|---|---|
| Plaintiff, | Case No. 14-CV-07163 |
| v. | Judge Robert M. Dow, Jr. |
| SGT. FRANKLIN D. PAZ, MAURICE ANDERSON, AND THE CITY OF CHICAGO, | Magistrate Judge Maria Valdez |
| | JURY TRIAL DEMANDED |
| Defendants. | |

**APPENDIX TO DEFENDANTS' STATEMENT OF ADDITIONAL MATERIAL FACTS**

| Exhibit | Description |
|:---:|:---|
| A | Transcript of April 21, 2015 Deposition of Franklin D. Paz |
| B | Transcript of April 21, 2015 Deposition of Maurice Anderson |
| C | Transcript of March 16, 2016 Deposition of Demeka Burleigh |
| D | Transcript of September 17, 2015 Deposition of Zebedee Denard |
| E | ECF No. 21, Defendants' Answer and Affirmative Defenses to Plaintiff's First Amended Complaint, December 2, 2014 |
| F | ECF No. 26, Defendant Anderson's Answer and Affirmative Defenses to Plaintiff's Amended Complaint, December 16, 2014 |
| G | Transcript of March 23, 2015 Deposition of Stephan Julian |

    Defendants City of Chicago,
    Sgt. Franklin Paz, and Maurice
    Anderson

    By: /s/ Jonathan B. Cifonelli
        One of Their Attorneys

Walter Jones, Jr. (ARDC No. 1365665)
Jorge V. Cazares (ARDC No. 6203952)
Jonathan B. Cifonelli (ARDC No. 6285930)
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Tel: (312) 768-7800
Fax: (312) 768-7801
Email: wjones@pjjlaw.com
       jcazares@pjjlaw.com
       jcifonelli@pjjlaw.com