UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHAN JULIAN, | ) |
|     Plaintiff, | ) Case No. 14-CV-07163 |
| v. | ) Judge Robert M. Dow, Jr. |
| | ) Magistrate Judge Maria Valdez |
| SFT. FRANKLIN D. PAZ, MAURICE ANDERSON, AND THE CITY OF CHICAGO, | ) |
|     Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Julie O. Herrera
Attorney for Plaintiff, Stephan Julian
Law Office of Julie O. Herrera
53 West Jackson Blvd., Suite 1615
Chicago, Illinois 60604
(312) 697-0022
Attorney No. 9629735
FEIN: 46-0908970
DATE: 9/4/17

Julie B. Aimen
Attorney for Plaintiff, Stephan Julian
Law Office of Julie B. Aimen
53 West Jackson Blvd., Suite 1615
Chicago, Illinois 60604
(312) 697-0022
Attorney No. 06187356
FEIN:
DATE: 9/5/2017

Jonathan B. Cifonelli
Special Assistant Corporation Counsel
Attorney for Defendants,
Franklin Paz and Maurice Anderson
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800
Attorney No. 6285930
DATE: 9/1/2017